Weikel, Appellant, *v.* Bailey.

Argued October 7, 1968. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Andrew M. Pipa, Jr.,* with him *Pipa & Younkin,* for appellant.

*John A. Carpenter,* with him *Carpenter, Carpenter & Diehl,* for appellee.

OPINION PER CURIAM, November 12, 1968:
Judgment affirmed.

Mr. Justice MUSMANNO did not participate in the decision of this case.